# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **STERIL-AIRE, INC.,** | Case No.: CV 08-07845-CJC(ANx) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| **DUST FREE, LLP; and BURNETT ENVIRONMENTAL INDUSTRIES, LLC,** | |
| Defendants. | |

  This matter came before the Court on cross motions for summary judgment filed by Plaintiff Steril-Aire, Inc. ("Steril-Aire") and Defendants Dust Free, LLP, and Burnett Environmental Industries, LLC (together, "Dust Free"). (Dkt. Nos. 121, 122.) On October 16, 2013, the Court, being fully advised, issued an Order finding Dust Free entitled to summary judgment on Steril-Aire's claims and Steril-Aire entitled to summary judgment on Dust Free's counterclaims. (Dkt. No. 132.) The Court found neither party entitled to summary judgment on its own claims. On November 15, 2013, following

-1-

briefing by the parties, the Court found that no party is a prevailing party in this action. In accordance with the Court's October 16, 2013 and November 15, 2013 Orders, IT IS HEREBY ORDERED that all relief is denied and judgment shall be entered dismissing the action on the merits.

DATED:   November 15, 2013

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE